# Court of Appeals
# of the State of Georgia

ATLANTA,   May 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0342.  MATTHEW WILLIAM FIEBIG v. THE STATE OF GEORGIA.**

Applicant Matthew Fiebig has filed a motion to withdraw this request for discretionary review.  His motion is hereby GRANTED, and his application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/16/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*